IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

IVIE LEE HARRIS, JR.                                                                                    PLAINTIFF

vs.                                            Civil No. 13-CV-1023

SHERIFF DAVID NORWOOD, *et al.*                                                        DEFENDANTS

## ORDER

Before the Court is the Report and Recommendation filed June 20, 2013, by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. (ECF No. 11). Judge Bryant recommends that Sheriff Tommy Stringfellow, Charlie Stills, and Ms. Cones be DISMISSED without prejudice pursuant to 28 U.S.C. §§ 1915(e)(2)(B)(I-iii) and 1915A(a). No party has filed objections to the Report and Recommendation, and the time to object has passed. *See* 28 U.S.C. § 636(b)(1)(C). Upon review, the Court adopts the Report and Recommendation *in toto*. Accordingly, the Court finds that all claims against Sheriff Tommy Stringfellow, Charlie Stills, and Ms. Cones should be and hereby are **DISMISSED WITHOUT PREJUDICE**.[1]  Plaintiff's official and individual capacity claims against David Norwood, James Bolton, Douglas Wood, Andrew Tolleson, Anthony Grummer, and Officer Lindsey remain.

**IT IS SO ORDERED**, this 11th day of July, 2013.

                                                                                            /s/ Susan O. Hickey
                                                                                            Susan O. Hickey
                                                                                            United States District Judge

---

[1] If Plaintiff's Dallas County case, *Harris v. Ford, et al.*, Civil No. 5:13-cv-00081, does not already encompass the claims dismissed here against Tommy Stringfellow and Charlie Stills, Plaintiff may seek to amend his Complaint in that case to add the claims.