IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

IVIE LEE HARRIS, JR.                                               PLAINTIFF

v.                              Civil No. 1:13-CV-1023

SHERIFF DAVID NORWOOD, *et al.*                          DEFENDANTS

## **ORDER**

Before the Court is the Report and Recommendation filed November 18, 2015, by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. ECF No. 50. Judge Bryant recommends that Plaintiff's Complaint and Addendum be dismissed as moot. No party has filed objections to the Report and Recommendation, and the time to object has passed. *See* 28 U.S.C. § 636(b)(1). Upon review, the Court adopts the Report and Recommendation *in toto.* Accordingly, because Plaintiff's injunctive relief requests are moot, Plaintiff's Complaint is **DISMISSED**. Plaintiff may reassert his claims with a more appropriate relief request.

**IT IS SO ORDERED**, this 21st day of December, 2015.

/s/ Susan O. Hickey
Susan O. Hickey
United States District Judge