IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

IVIE LEE HARRIS, JR                                                                                      PLAINTIFF

V.                                            CASE NO. 13-CV-01023

SHERIFF DAVID NORWOOD;
JAMES BOLTON; DOUGLAS
WOOD; ANDREW TOLLESON;
ANTHONY GRUMMER; and
OFFICER LINDSEY                                                                                      DEFENDANTS

## ORDER

Before the Court is the Report and Recommendation filed January 12, 2017, by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. (ECF No. 70). Judge Bryant recommends that Defendants' Motion for Summary Judgment (ECF No. 38) and Supplemental Motion for Summary Judgment (ECF No. 65) be granted in part and denied in part. Judge Bryant recommends that the Motions be granted with respect to Plaintiff's claims pertaining to alleged First Amendment violations relating to mail, conditions of confinement, and right to privacy. Judge Bryant further recommends that Defendants' Motions be granted regarding Plaintiff's claims against Defendants Norwood and Bolton in their individual capacities. Finally, Judge Bryant recommends that the Motions be denied in regard to Plaintiff's individual and official capacity claims for denial of medical care and violation of his First Amendment right to free exercise of religion.

The parties have not filed objections to the Report and Recommendation. The time to object has now passed. *See* 28 U.S.C. § 636(b)(1). Accordingly, the Court adopts the Report and

Recommendation *in toto*. Defendants' Motion for Summary Judgment (ECF No. 38) and Supplemental Motion for Summary Judgment (ECF No. 65) are hereby **GRANTED IN PART** and **DENIED IN PART**.

**IT IS SO ORDERED**, this 6th day of February, 2017.

/s/ Susan O. Hickey
Susan O. Hickey
United States District Judge
